# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2170

Mary J. Baker, Individual capacity as a wrongful death heir of ROSIE LEE LOPER

Jonathan Steele and The Steele Law Firm II, LLC

Appellants

v.

St. Louis NH, LLC and Jeremiah W. Nixon, Guardian Ad Litem for Maria Loper

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00234-SRC)

---

## ORDER

The Temporary Administrative Stay entered on June 17, 2026, is hereby, vacated. Appellant's emergency motion for stay pending appeal is denied. Appellant Jonathan Steele is directed to pay the entire $12,250 monetary sanction to the district court pending resolution of this appeal.

July 02, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler