**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MARY J. BAKER,** | |
|       **Plaintiff,** | **Case No. 4:24-cv-00234-SRC** |
| **v.** | **Chief Judge Stephen R. Clark** |
| **ST. LOUIS NH, LLC, et al.,** | |
|       **Defendants.** | |

## NOTICE OF SERVICE OF PAYMENT

PLEASE TAKE NOTICE that Movant Jonathan Steele hereby notifies the Court and all counsel of record that, on Monday, July 6, 2026, he mailed payment of the $12,250.00 monetary sanction imposed by the Court's May 22, 2026, Memorandum and Order (Doc. 104) to the Clerk of this Court.

Payment in the amount of $12,250.00 was mailed, via United States Mail, addressed as follows:

> U.S. District Court
> Attn: Cashier
> 111 South Tenth Street, Suite 3.300
> St. Louis, MO 63102

This payment was made in compliance with the directive of the United States Court of Appeals for the Eighth Circuit that Mr. Steele "pay the entire $12,250 monetary sanction to the district court pending resolution of this appeal." (Doc. 118.)

1

Respectfully submitted,

**STEELE LAW FIRM II, LLC**

/s/ Jonathan Steele
Jonathan Steele
MO#63266/KS#24852/OK#35997
Email: jonathan@nursinghomeabuselaw.com
Direct: (913) 356-9630
Office: (816) 466-5947
Fax: (913) 416-9425
nursinghomeabuselaw.com

Missouri Office
2029 Wyandotte, Suite 100
Kansas City, MO 64108

Oklahoma Office
15401 N. May Ave., Suite 1100
Edmond, OK 73013

**MOVANT AND COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this July 10, 2026, I electronically filed the foregoing Notice

of Service of Payment with the Clerk of the Court using the CM/ECF system, which will

transmit a Notice of Electronic Filing to all counsel of record.

/s/ Jonathan Steele
Jonathan Steele