**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MARY J. BAKER,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**ST. LOUIS NH, LLC, et al.,**<br><br>  **Defendants.** | **Case No. 4:24-cv-00234-SRC** |

**RECEIPT AND PARTIAL SATISFACTION OF JUDGMENT**
**(As to All Settlement Proceeds Other Than Maria Loper's Trust Share)**

Plaintiff Mary J. Baker, by and through undersigned counsel, submits this Receipt and Partial Satisfaction of Judgment as to the settlement proceeds other than the share held for Maria Loper—to the extent the Court's July 1, 2026, Order (Doc. 117) is understood to require it—and states as follows:

1.      On September 25, 2025, the Court approved the parties' $150,000 wrongful-death settlement and apportioned the proceeds among the four statutory beneficiaries: Maria Loper 38.75%, Mary Baker 38.75%, Gary Loper 17.5%, and Altavian Saddler 5%. Doc. 95 at 5.

2.      Apart from Maria Loper's 38.75% share ($58,125), the settlement comprises the shares of Mary Baker (38.75%, or $58,125), Gary Loper (17.5%, or $26,250), and Altavian Saddler (5%, or $7,500)—$91,875 in the aggregate. Doc. 95 at 5.

3.      From those three shares, the Court awarded undersigned counsel a 40% contingency fee totaling $36,750, and ordered Defendant St. Louis NH, LLC to disburse the net proceeds as follows: $34,875 to Mary Baker, $15,750 to Gary Loper, and $4,500 to Altavian Saddler. Doc. 95 at 5.

4.      Those non-Maria portions of the settlement were disbursed by St. Louis NH, LLC and received.

5.      Plaintiff accordingly acknowledges receipt of the foregoing and enters this partial satisfaction of judgment as to the settlement shares of Mary Baker, Gary Loper, and Altavian Saddler, and the Court-approved attorney's fee—$91,875 of the $150,000 total—only. This partial satisfaction does not address, and is without prejudice to, Maria Loper's 38.75% share ($58,125 gross; $55,795.39 net into her special needs trust), which is the subject of Plaintiff's separate Response to the Court's Order to Show Cause and remains within the province of the Guardian ad Litem and the Defendant. See Docs. 116, 117.

Dated: July 22, 2026   Respectfully submitted,

        **STEELE LAW FIRM II, LLC**
        */s/ Jonathan Steele*
        Jonathan Steele
        MO#63266/KS#24852/OK#35997
        Email: jonathan@nursinghomeabuselaw.com
        Direct: (913) 356-9630
        Office: (816) 466-5947
        Fax: (913) 416-9425
        nursinghomeabuselaw.com

        Missouri Office
        2029 Wyandotte, Suite 100
        Kansas City, MO 64108

        Oklahoma Office
        15401 N. May Ave., Suite 1100
        Edmond, OK 73013

        ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2026, a true and accurate copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Jonathan Steele*
Jonathan Steele