# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2170

Mary J. Baker, Individual capacity as a wrongful death heir of ROSIE LEE LOPER

Jonathan Steele and The Steele Law Firm II, LLC

Appellants

v.

St. Louis NH, LLC and Jeremiah W. Nixon, Guardian Ad Litem for Maria Loper

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-00234-SRC)

_____

## ORDER

The Appellants' motion for extensions of time is granted. Appellants shall complete

transcript arrangements, including the written transcript order by July 31, 2026. The transcript

deadline is August 21, 2026.

The Appellants' brief and appendix are due September 2, 2026.

July 28, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler