**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MARY J. BAKER,**<br><br>  **Plaintiff,**<br><br>  **v.**<br>**ST. LOUIS NH, LLC, et al.,**<br><br>  **Defendants.** | **Case No. 4:24-cv-00234-SRC** |

### RECEIPT AND PARTIAL SATISFACTION OF JUDGMENT BY MARY J. BAKER SETTLEMENT PROCEEDS ALLOCATED FOR MARIA LOPER

Plaintiff Mary J. Baker submits this Receipt and Partial Satisfaction of Judgment as to the settlement proceeds held for Maria Loper:

1.     According to Mary Baker, the $58,125 settlement proceeds allocated for Maria Loper have been deposited in Ms. Loper's special needs trust as of August 3, 2026.

2.     Undersigned has not independently verified this fact other than seeking confirmation from Mary J. Baker who stated that the settlement proceeds allocated for Maria Loper have been deposited in Ms. Loper's special needs trust as of August 3, 2026.

1

Dated: August 3, 2026          Respectfully submitted,

**STEELE LAW FIRM II, LLC**

*/s/ Jonathan Steele*
Jonathan Steele
MO#63266/KS#24852/OK#35997
Email: jonathan@nursinghomeabuselaw.com
Direct: (913) 356-9630
Office: (816) 466-5947
Fax: (913) 416-9425
nursinghomeabuselaw.com

Missouri Office
2029 Wyandotte, Suite 100
Kansas City, MO 64108

Oklahoma Office
15401 N. May Ave., Suite 1100
Edmond, OK 73013

***ATTORNEY FOR PLAINTIFF***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2026, a true and accurate copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF system.

<u>*/s/ Jonathan Steele*</u>
Jonathan Steele